IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| STEFAN HICKS-EL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.   12-CV-1480 |
| ) | |
| STATE OF ILLNOIS PEORIA COUNTY ) | |
| COURT, JASON S. SPANHOOK and ) | |
| MICHAEL S. JOHNSON, ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

On November 19, 2012, *pro se* Plaintiff filed his Complaint herein without paying the required filing fee and without requesting to proceed *in forma pauperis*.  By Text Order dated December 20, 2012, the undersigned directed the Plaintiff to either pay the $350.00 filing fee or file an application to proceed *in forma pauperis* by January 11, 2013. On January 3, 2013, *pro se* Plaintiff filed a stack of documents which were irrelevant to the issue of payment of the filing fee (d/e 2).   On January 4, 2013, the undersigned advised the Plaintiff that he was being given "one additional opportunity" to comply with the Court's directives by January 18, 2013, or risk dismissal of his case.   On January 7, 2013, Plaintiff filed an

application to proceed *in forma pauperis* (d/e 3).   The application was incomplete and by Text Order dated January 7, 2013, *pro se* Plaintiff was directed to supplement his application on or before January 22, 2013, and to respond to a series of questions listed in the order or risk dismissal of his case.   On January 22, 2013, Plaintiff filed another application to proceed *in forma pauperis* (d/e 4) which was essentially the same as the first application, and which did not provide the information required.   In yet another Text Order dated January 25, 2013, the undersigned directed the *pro se* Plaintiff to supplement his application(s) and answer the questions posed, or "the case may be dismissed for want of prosecution".   Plaintiff then filed an "Affidavit of Financial Statement" (d/e 5) on February 8, 2013, which did not address the questions asked and had no relevance to the Court's decision to grant or deny Plaintiff's application to proceed *in forma pauperis.*

      The Court has been very patient with this *pro se* Plaintiff.   However, as of this date, Plaintiff has failed to comply with this Court's many Text Orders.   The Court recommends that *pro se* Plaintiff's Complaint be dismissed for want of prosecution.

Plaintiff is advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within fourteen days after being served with a copy of this Report and Recommendation. See 28 U.S.C. § 636(b)(1). Failure to file a timely objection will constitute a waiver of objections on appeal. <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986). See Local Rule 72.2.

The Clerk of the Court is directed to send a copy of this Report and Recommendation to *pro se* Plaintiff at his last known address.

ENTER:   February 12, 2013

_____s/ Byron G. Cudmore_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE